COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Xochytl Diane Greer v. Wesley Michael Melcher |
| Appellate case number: | 01-19-00287-CV |
| Trial court case number: | 2017-41808 |
| Trial court: | 245th District Court of Harris County |

Appellant, Xochytl Diane Greer, has filed a notice of appeal of the trial court's Reformed Order Adjudicating Parentage and Suit Affecting Parent-Child Relationship signed on March 13, 2019 and the trial court's Order on Post Judgment Motions signed on August 5, 2019. *See* TEX. R. APP. P. 25.1, 26.1. The appellate record was due in this Court on July 10, 2019. *See* TEX. R. APP. P. 35.1. A clerk's record was filed on April 26, 2019. However, a reporter's record has not been filed.

On November 21, 2019, we ordered appellant to provide written evidence that she has paid, or made arrangements to pay, for the preparation of the reporter's record no later than 30 days from the date of our order. *See* TEX. R. APP. P. 4.1, 35.3(b)(3). We notified appellant that unless she timely and adequately responded, the Court may require her to file a brief and may consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3.

On December 20, 2019, appellant filed a response to our November 21, 2019 order, stating that she had made a request to the court reporter "at the beginning of [December]" for a cost estimate for the reporter's record, which she has not yet been provided. Thus, "payment cannot be made to the [court] reporter through no fault of [a]ppellant." We construe appellant's response as a motion to extend the deadline to respond to our November 21, 2019 order. We **grant** the motion.

We **order** appellant, **no later than 30 days from the date of this order**, to provide written evidence that she has paid, or made arrangement to pay, for the preparation of the reporter's record. *See* TEX. R. APP. P. 4.1, 35.3(b)(3). Unless she timely and adequately responds, this Court may require appellant to file a brief and can consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3.

To the extent necessary, we **direct** the court reporter, Rachel Dutton, to provide appellant with a cost estimate for the reporter's record so that a reporter's record may be obtained by appellant.

It is so ORDERED.

Judge's signature: __/s/ Julie Countiss_____

☑ Acting individually    ☐ Acting for the Court

Date:  _December 31, 2019_____